#068054

RECEIVED
MAY 1 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-325 C

Plaintiff(s) or Petitioner(s)
James A. Roseboro

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jane Carol Norman

Firm Name: Bond & Norman PLLC

Post Office Box:

Street Address: 700 5th St. N.W. #200

City-State-Zip: Washington, DC 20001

Telephone & Facsimile Numbers: 202-682-4100 Fax: 202-207-1041

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ■ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 5 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H H S
See attached sheet for three-digit codes.

Amount Claimed: $$500,000.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $n/a
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: n/a

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.