IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES A. ROSEBORO, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-325C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Allison Kidd-Miller, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11008
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-3020
Facsimile: (202) 514-7969
E-mail: Allison.Kidd-Miller@usdoj.gov

Dated: May 28, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 28th day of May, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller