# In the United States Court of Federal Claims

| | |
|---|---|
| **JAMES A. ROSEBORO Ph.D.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 08-325**<br>**Filed: June 17, 2008** |

## O R D E R

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Tuesday July 8, 2008, at 4:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 682-4100, and defendant's counsel at (202) 305-3020.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**