IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES A. ROSEBORO, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-325C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Rules of this Court, defendant, United States, respectfully requests an enlargement of time of 38 days, to and including August 7, 2008, within which to respond to the complaint filed by plaintiff, James A. Roseboro, Ph.D. Our response currently is due June 30, 2008, and a status conference with the Court is scheduled for July 8, 2008. This is our first request for an enlargement of time for this purpose. Counsel for Mr. Roseboro does not oppose this request.

We currently intend to respond to Mr. Roseboro's complaint with a motion to dismiss upon the ground that the case was not filed within the applicable statute of limitations, and are exploring whether other bases for a dispositive motion exist. Pursuant to the Court's June 17, 2008 order, we will be prepared to discuss these issues during the July 8, 2008 status conference. In addition, although we believe the Court may be able to resolve this matter without an administrative record being filed, we have requested the agency to prepare the record. However, counsel for the agency, who was not assigned to this case until June 2, 2008, requires additional time to complete that task. In turn, we will require additional time upon receipt of the administrative record to study it, and determine the most appropriate response to the complaint. Therefore, we anticipate that an additional 38 day (30 days from the date of the parties' status conference) will be required to prepare our response.

For these reasons, we respectfully request the Court to grant this motion for an enlargement of time through and including August 7, 2008 for the filing of a response to the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3020

June 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller