# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**JAMES A. ROSEBORO, Ph.D.**,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 08-325C**
**Filed: June 20, 2008**

## ORDER

The court is in receipt of defendant's June 20, 2008, unopposed motion for an enlargement of time of 38 days, to and including August 7, 2008, within which to respond to the plaintiff's complaint. Defendant's motion is **GRANTED**. Defendant shall file its response to the complaint on or before **Thursday, August 7, 2008**. The court previously scheduled a status conference for **Tuesday, July 8, 2008, 4:30 p.m. EDT**, which shall remain on the schedule. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 682-4100, and defendant's counsel at (202) 305-3020. At the conference, the court will discuss with the parties the basis for the defendant's motion.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**