IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES A. ROSEBORO, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-325C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the rules of this Court, it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed without prejudice and without costs or fees to either party.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Jane Carol Norman
JANE CAROL NORMAN
Bond & Norman PLLC
700 5th Street, NW
Suite 200
Washington, DC 20001
Tel: (202) 682-4100

Attorney for Plaintiff

July 14, 2008

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 305-3020

Attorneys for Defendant

July 11, 2008

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 16th day of July, 2008, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller