# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **JAMES A. ROSEBORO, Ph.D.**, | |
| **Plaintiff,** | **No. 08-325C** |
| **v.** | **Filed: July 29, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' July 16, 2008, Joint Stipulation of Dismissal, without prejudice. The parties are commended for the timely resolution of this matter on their own, conserving everyone's time and resources. Pursuant to the Joint Stipulation of Dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, without prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**