# In the United States Court of Federal Claims

**No. 08-325 C**

**JAMES A. ROSEBORO, Ph.D.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 29, 2008, and the parties' stipulation of dismissal, filed July 16, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the complaint is dismissed, without prejudice. Each party shall bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**July 31, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.